**WARD, KEENAN & BARRETT, P.C.**
Gerald Barrett, SBN: 005855
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona 85012
Tel: (602) 279-1717
Fax: (602) 279-8908
E-Mail: gbarrett@wardkeenanbarrett.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant*
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn*
Alec M. Leslie*
Max S. Roberts*
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com
          aleslie@bursor.com
          mroberts@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Davis, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HDR, Inc., <br><br> Defendant. | Case No. CV-21-01903-PHX-SPL <br><br> **NOTICE OF SERVICE OF PRELIMINARY ORDER** |

Notice is given that Plaintiffs, through undersigned counsel, served the Court's Preliminary Order dated November 10, 2021, upon Defendant HDR, Inc. on November 15, 2021.

RESPECTFULLY SUBMITTED this 16th day of November, 2021.

**WARD, KEENAN & BARRETT, P.C.**

By: */s/ Gerald Barrett*
      Gerald Barrett

Gerald Barrett, SBN: 005855
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona 85012
Tel: (602) 279-1717
Fax: (602) 279-8908
E-Mail: gbarrett@wardkeenanbarrett.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant*
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn*
Alec M. Leslie*
Max S. Roberts*
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com
           aleslie@bursor.com
           mroberts@bursor.com

**Pro Hac Vice Applications Forthcoming*

*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on the 16th day of November, 2021, I electronically transmitted the foregoing to the Clerk of the U.S. District Court using the CM/ECF System for filing and transmittal.

s/Mary Farley