# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Davis,<br><br>    Plaintiff,<br><br>v.<br><br>HDR Incorporated,<br><br>    Defendant. | NO. CV-21-01903-PHX-ROS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 25, 2023, judgment of dismissal in favor of Defendant is entered. Plaintiff to take nothing, and the complaint and action are dismissed.

                                       Debra D. Lucas
                                       District Court Executive/Clerk of Court

March 1, 2023

                                       s/ D. Draper
                              By   Deputy Clerk